**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**IN RE:**                                                                                          **CASE NO.: 22-41315-MXM-13**

    **BRIAN KEITH DAY**
      601 GOLD BAR LN
      HASLET, TX 76052
      SSN/TIN: XXX-XX-8288

**DEBTOR**                                                                                 **HEARING: JUNE 20, 2024 AT 8:30 AM**

### TRUSTEE'S  MODIFICATION OF CHAPTER 13  PLAN AFTER CONFIRMATION

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 21 DAYS FROM THE DATE SERVED. ANY OBJECTION SHALL BE IN WRITING AND FILED WITH THE CLERK.  IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.  IF NO OBJECTION IS TIMELY FILED, THIS MODIFICATION SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER APPROVING IT.

TO THE HONORABLE  U.S. BANKRUPTCY JUDGE:

    NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Modification of Chapter 13 Plan after Confirmation under 11 U.S.C. Section § 1329.  Trustee would respectfully show the Court:

1. The purpose of this Modification of Chapter 13 Plan after Confirmation is to increase the amount to be paid to allowed, non-priority, general unsecured creditors due to the Debtor's Excess Tax Refund.

2. The Excess Tax Refund, the amount of the Debtor's tax refund that exceeds $2,000.00, is $7,138.00.

3. The tax refund is disposable income or nonexempt property of the bankruptcy estate.

4. The Excess Tax Refund shall be paid by the Debtor to the Trustee within 90 days of the entry of an order approving this Modification online via electronic payment on  www.tfsbillpay.com  or in the form or cashier's check or money order mailed to:

      Chapter 13 Trustee
      P.O. Box 1201
      Memphis, TN 38101-1201.

5. The Trustee shall disburse the Excess Tax Refund to allowed, general unsecured claimants *pro rata* up to 100% after payment of the Trustee fee unless otherwise ordered by the Court. The Plan Base is increased from $7,200.00 to $14,338.00 and the unsecured creditors' pool may be adjusted accordingly.

6. All other plan provisions remain the same.

WHEREFORE, Trustee prays that Trustee's Modification of Chapter 13 Plan after Confirmation be APPROVED and for general relief.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

### CERTIFICATE OF CONFERENCE

No conference was held prior to the filing of this objection because doing so is impracticable given the number of Modifications routinely filed by the Trustee.

### NOTICE OF HEARING

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video:**

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone:**

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright

BRIAN KEITH DAY
601 GOLD BAR LN
HASLET, TX  76052